
```
                                    ____ FILED    ____ ENTERED
                                    ____ LODGED   ____ RECEIVED

                                         OCT 04 2011
                                           AT SEATTLE
                                      CLERK U.S. DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
                                                           DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TODD ALLEN OLSON,<br><br>    Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>    Respondent. | Case No. C10-1982-RSL<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 8) is **DENIED** and this action is **DISMISSED** with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**.

4. The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 4th day of October, 2011.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2